■ JEWISH CENTRE OF BALDWIN, Respondent, v. GERSHON WINER, Appellant.— Motion by appellant for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ PRISCILLA POSNER, Respondent, v. CORTLANDT RECREATION CENTER, INC., Appellant.— Motion by appellant for a stay, pending appeal, granted. Beldock, P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ ROBERT B. WEPNER, an Infant, by His Guardian ad Litem, HENRY WEPNER, et al., Appellants, v. WILLIAM S. BLEAU et al., Respondents.— Motion by respondents to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ BILLY H. DILLON et al., Respondents, v. BEATRICE E. MOORE et al., Appellants.— Motion by appellants for a stay, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before March 9, 1962. Beldock, P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

## (February 16, 1962)

■ In the Matter of ANDREW P. GRADY, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and BENJAMIN S. ROSENTHAL, Respondent.— No opinion. Beldock, P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of EMIL LEVIN, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondent, and BENJAMIN S. ROSENTHAL, Respondent.— No opinion. Beldock, P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of BENJAMIN S. ROSENTHAL, Respondent, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and ANDREW P. GRADY, Appellant.— No opinion. Beldock, P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.